United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Mayra Flores Miranda, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-6983 |
| | § | |
| Warden Montgomery Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner's Motion to Voluntarily Withdraw her Writ of Habeas Corpus. Doc. 7. Petitioner seeks dismissal of this action because she is no longer in Respondent's custody. *Id.* at 2. The Court construes the Motion as a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to CLOSE the case.

Counsel for Petitioner is ORDERED to provide notice of this action with any subsequent filing of a petition for writ of *habeas corpus* on behalf of Petitioner.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 22nd of September, 2026.

Nicholas J. Ganjei
United States District Judge